Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50131 | **DATE** | 2/25/05 |
| **CASE TITLE** | Madden, et al v. Allegiance, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Report, it is the Magistrate Judge's Report and Recommendation that Default Judgment be entered against Defendant, Med Shield Inc, and that a hearing on damages be set. Parties are given ten days from service, as calculated under Rule 6, to file objections with Judge Reinhard pursuant to Fed. R. Civ. P. 72. Objections need not be presented as stated in L.R. 5. Notices mailed by Judge's staff.



| | Courtroom Deputy Initials: | AM |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JONATHAN PARKEHURST MADDEN, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALLEGIANCE HEALTHCARE CORP., et al., ) <br> ) <br> Defendants. ) | Case No. 04 C 50131 <br><br> Magistrate Judge <br> P. Michael Mahoney |

## REPORT AND RECOMMENDATION

This matter is before the court on Plaintiffs' February 14, 2005, Motion for Default Judgment against Defendant, Med Shield Inc, an Indiana corporation. Plaintiffs state that they properly served the registered agent for Med Shield on or about August 8, 2004. Proof of Service was filed August 17, 2004. Plaintiffs did not request waiver-of-service by mail, so Defendant had twenty days to respond. Plaintiffs state that Med Shield has failed to file an answer or to otherwise plead. Wherefore, Plaintiffs request the court to enter a judgment by default and to set the matter for prove up of damages.

As of February 24, 2005, Med Shield has not filed an appearance or responsive pleading with the court in this matter. The proof of service filed with the court indicates that Plaintiffs served a summons and complaint through the Marion County Sheriff on Jeannine Hardy on August 10, 2004. The deputy sheriff indicated that he served Ms. Hardy (whom he noted was a "clerk") at 2424 E. 55th St. Suite 100, Indianapolis, Indiana 46220. The Indiana Secretary of State website lists the registered agents and principals of Indiana corporations. Documents

1

provided by Plaintiff indicate that the registered agent and principal for Med Shield is Ethel Borneman. The address provided for Ethel Borneman as a registered agent is 2424 E. 55th St., Indianapolis, Indiana 46220. As a principal, Ethel Borneman's address is reported as 10330 Coral Reef Way, Indianapolis, Indiana 46256.

Under Fed. R. Civ. P. 4(h), process may be served upon any corporation by delivering the summons and complaint to an officer, a managing agent, a general agent, an agent appointed to receive service, or an agent authorized by law to receive service for the corporation. Whether a person qualifies as an agent of a corporation is determined on a case-by-case basis. The rationale behind rules for service of process on corporations is that service should be made on a representative so integrated in the corporation that it is presumable that he or she will realize that the summons and complaint should be transferred to a responsible person.

In this case, Plaintiffs appear to have attempted to serve the registered agent of Med Shield, Ethel Borneman. It is unclear whether Plaintiffs were successful. Instead of serving Ethel Borneman, the sheriff served Jeannine Hardy. It is equally unclear who Jeannine Hardy is other than the fact that she is a "clerk." Also, Hardy's address is 2424 E. 55th St. Suite 100, while Ethel Borneman's address does not specify a suite number. However, the corporation's address is listed as Med Shield Inc, 2424 E. 55th St., Suite 100. Thus, it appears that Plaintiffs have served an agent of Med Shield at its principal place of business, which also happens to be the address of the corporation's designated registered agent.

It appears that Plaintiff achieved service on August 10, 2004, yet no response has been made by Defendant in over six months. Accordingly, it is the Magistrate Judge's Report and Recommendation that Default Judgment be entered against Defendant, Med Shield Inc, and that

2

a hearing on damages be set. Parties are given ten days from service, as calculated under Rule 6, to file objections with Judge Reinhard pursuant to Fed. R. Civ. P. 72. Objections need not be presented as stated in L.R. 5. This Report and Recommendation shall be mailed to Defendant at the following addresses:

Med Shield Inc

2424 E. 55th St., Suite 100, Indianapolis, Indiana 46220.

Ethel Borneman

2424 E. 55th St., Indianapolis, Indiana 46220.

Ethel Borneman

10330 Coral Reef Way, Indianapolis, Indiana 46256.

ENTER:

P. Michael Mahoney, Magistrate Judge
United States District Court

DATE: 2/25/05