# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50131 | **DATE** | 2/25/05 |
| **CASE TITLE** | Madden, et al v. Allegiance, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Report, it is the Magistrate Judge's Report and Recommendation that Default Judgment be entered against Defendant, Bank of America, and that a hearing on damages be set. Parties are given ten days from service, as calculated under Rule 6, to file objections with Judge Reinhard pursuant to Fed. R. Civ. P. 72. Objections need not be presented as stated in L.R. 5. Notices mailed by Judge's staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JONATHAN PARKEHURST MADDEN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 04 C 50131 |
| ) | |
| ALLEGIANCE HEALTHCARE CORP., et al., ) | Magistrate Judge |
| ) | P. Michael Mahoney |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

This matter is before the court on Plaintiffs' February 14, 2005, Motion for Default Judgment against Defendant, Bank of America, a Delaware corporation with its principal office in North Carolina. Plaintiffs state that they attempted to serve the registered agent for Bank of America, CT Corporation Systems, on or about March 11, 2004. The North Carolina Secretary of State website lists the registered agents and principals of corporations. North Carolina's website indicates that the registered agent and principal for Bank of America is CT Corporation Systems. CT Corporation Systems also lists Bank of America Corporation on its website. However, Plaintiffs state that CT Corporation Systems informed Plaintiffs that it was not the registered agent for Bank of America. On July 9, 2004, Plaintiffs state they instead served an authorized person at Bank of America's 601 N. Dearborn St., Chicago, IL, branch. Proof of Service was filed August 4, 2004. Plaintiffs did not request waiver-of-service by mail, so Defendant had twenty days to respond. Plaintiffs state that Bank of America has failed to file an answer or to otherwise plead. Wherefore, Plaintiffs request the court to enter a judgment by default and to set the matter for prove up of damages.

1

As of February 24, 2005, Bank of America has not filed an appearance or responsive pleading with the court in this matter. The proof of service filed with the court indicates that Plaintiffs served a summons and complaint through the Cook County Sheriff on Ross Hamilton on July 9, 2004. The sheriff indicated that he served Mr. Hamilton (whom he noted was an "authorized person") at the 601 N. Dearborn St. bank.

Under Fed. R. Civ. P. 4(h), process may be served upon any corporation by delivering the summons and complaint to an officer, a managing agent, a general agent, an agent appointed to receive service, or an agent authorized by law to receive service for the corporation. Whether a person qualifies as an agent of a corporation is determined on a case-by-case basis. The rationale behind rules for service of process on corporations is that service should be made on a representative so integrated in the corporation that it is presumable that he or she will realize that the summons and complaint should be transferred to a responsible person.

In this case, Plaintiffs attempted to serve the registered agent of Bank of America and failed. It appears that they then attempted to serve an agent of Bank of America by serving an authorized person at a Chicago Bank of America branch. It is unclear whether Plaintiffs were successful. The sheriff did serve Ross Hamilton, but it is unclear who Mr. Hamilton is or how to determine if he is an "authorized person." Thus, the most that can be said is that Plaintiffs made efforts to serve the registered agent of Bank of America, and did serve a person whom the sheriff noted as an "authorized person" at a branch of Bank of America.

It appears to the court that Plaintiff achieved service on a general agent of Bank of America on July 9, 2004, yet no response has been made by Defendant in over six months. Accordingly, it is the Magistrate Judge's Report and Recommendation that Default Judgment be

entered against Defendant, Bank of America, and that a hearing on damages be set. Parties are given ten days from service, as calculated under Rule 6, to file objections with Judge Reinhard pursuant to Fed. R. Civ. P. 72. Objections need not be presented as stated in L.R. 5. This Report and Recommendation shall be mailed to Defendant at the following addresses:

Bank of America Corporate Center

100 North Tryon St., Charlotte, North Carolina 28255.

Bank of America

601 N. Dearborn St., Chicago, IL 60610.

Bank of America Corporation

225 Hillsborough Street, Raleigh, NC 27603.

ENTER:

P. Michael Mahoney, Magistrate Judge
United States District Court

DATE: 2/25/05